**Order entered January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00885-CR
No. 05-14-00886-CR

**RICHARD DOUGLAS BAILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-34478-H, F12-34479-H**

## ORDER

This appeal is **REINSTATED**.

The trial court has filed findings of fact in accordance with our order entered on January 2, 2015. The trial court has recommended that appellant be given an extension to file his brief until February 4, 2015. We **ADOPT** the trial court's findings and recommendation.

Appellant's brief shall be due on **February 4, 2015**.

/s/    LANA MYERS
       JUSTICE